Catherine Cabalo (CA Bar No. 248198)
Peiffer Rosca Wolf Abdullah Carr & Kane
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.766.3592
Facsimile: 415.402.0058
Email: ccabalo@prwlegal.com

*Attorneys for Plaintiffs*
*Abdul Nevarez and Priscilla Nevarez*

Andrew J. Kozlow (CA Bar No: 252295)
Ericksen Arbuthnot
2300 Clayton Road, Suite 350
Concord, California 94520
Telephone: 510.832.7770
Facsimile: 510.832.0102
Email: akozlow@ericksenarbuthnot.com

*Attorneys for Defendant Canyon Lakes*
*Golf Course and Brewery LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL NEVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>CANYON LAKES GOLF COURSE AND BREWERY LLC and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 4:17-cv-03247-KAW<br><br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND DECLARATION OF CATHERINE CABALO IN SUPPORT THEREOF** |

## **STIPULATION**

**WHEREAS**, on June 6, 2017, Plaintiff Abdul Nevarez ("Plaintiff") filed his Complaint in the above-captioned matter and named as defendant Canyon Lakes Golf Course and Brewery LLC ("Defendant") and Does 1-10, Inclusive;

**WHEREAS**, on September 11, 2017, Defendant filed its Notice and Motion to Dismiss;

1

STIPULATION AND [PROPOSED] ORDER RE: BREIFING SCHEDULE & SUPPORTING
DECLARATION OF CATHERINE CABALO              **Case No. 17-cv-03247-KAW**

**WHEREAS**, the parties have agreed to meet and confer regarding the arguments and authorities raised in Defendant's pending motion so as to determine if they any have areas of agreement that would narrow any issues to be decided by this Court regarding the pleadings;

**WHEREAS**, Defendant's motion is set to be heard by this Court on November 16, 2017, Plaintiff's opposition papers are presently due on September 25, 2017, and Defendant's reply is due on October 2, 2017, but the parties have agreed that Plaintiff needs more time for the reasons set forth above, and Defendant requires two weeks to prepare its reply papers;

**NOW, THEREFORE**, Plaintiff and Defendant, by and through their counsel of record and subject to Court approval, hereby stipulate that:

1. Plaintiff shall file his response to Defendant's Motion to Dismiss on or before October 10, 2017; and

2. Defendant shall file its reply in support of its Motion to Dismiss on or before October 24, 2017.

The e-filing attorney hereby attests that she retains on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

**IT IS SO STIPULATED.**

Dated: September 18, 2017    PEIFFER ROSCA WOLF ABDULLAH CARR & KANE

*s/* Catherine Cabalo
BY: CATHERINE CABALO
Attorneys for Plaintiff
ABDUL NEVAREZ

Dated: September 18, 2017    ERICKSEN ARBUTHNOT

*s/* Andrew J. Kozlow
BY: ANDREW J. KOZLOW
Attorneys for Defendant
CANYON LAKES GOLF COURSE & BREWERY LLC

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __9/19__, 2017

*Kandis Westmore*
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

**DECLARATION OF CATHERINE CABALO**

I, Catherine Cabalo, hereby declare as follows:

1. I am Of Counsel at the law firm of Peiffer Rosca Wolf Abdullah Carr & Kane ("PRW") and am admitted to practice before this Court. I submit this Declaration in support of the parties' Stipulation Regarding Briefing Schedule. I make this Declaration on personal knowledge and, if called as a witness, would testify competently to such facts under oath.

2. I hereby state that the parties agree that this requested time modification should have no deleterious effect on the schedule for the case, given that this case is in the early stages of litigation.

3. Moreover, there is good cause to allow the parties the additional time requested, because the additional time will permit Plaintiff's counsel to analyze Defendant's motion and to meet and confer with Defendant's counsel regarding any potential areas of agreement that can be addressed by the filing of an amended pleading, thus narrowing the issues to be decided by this Court in connection with Defendant's pending Motion to Dismiss.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 18, 2017 in San Francisco, California.

*s/* Catherine Cabalo
CATHERINE CABALO