Catherine Cabalo (CA Bar No. 248198)
Peiffer Rosca Wolf Abdullah Carr & Kane
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.766.3592
Facsimile: 415.402.0058
Email: ccabalo@prwlegal.com
*Attorneys for Plaintiff*
*Abdul Nevarez*

Andrew J. Kozlow (CA Bar No: 252295)
Ericksen Arbuthnot
2300 Clayton Road, Suite 350
Concord, California 94520
Telephone: 510.832.7770
Facsimile: 510.832.0102
Email: akozlow@ericksenarbuthnot.com
*Attorneys for Defendant Canyon Lakes*
*Golf Course and Brewery LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL NEVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>CANYON LAKES GOLF COURSE AND BREWERY LLC and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 4:17-cv-03247-KAW<br><br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME UNDER Fed.R.Civ.P. RULE 12(f)** |

**STIPULATION**

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

WHEREAS, this case has been assigned for early disclosures and mediation under General Order 56;

WHEREAS, plaintiff's deadline for filing a motion under Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 12(f) regarding the Answer by defendant Canyon Lakes Golf Course and Brewery LLC ("Canyon Lakes") is December 27, 2017; and

WHEREAS, plaintiff and defendant wish to avoid the time and expense of briefing a Rule 12(f) motion until/unless mediation under General Order 56 does not succeed;

IT IS HEREBY STIPULATED by and among the parties that the deadline for plaintiff to file any motion under Fed.R.Civ.P. 12(f) be extended to 21 days past the date the mediator certifies that mediation under General Order 56 has been completed, or when the Court orders that the parties are no longer under General Order 56, whichever occurs first (hereinafter "triggering event").  It is also stipulated that 1) the parties shall meet and confer within seven (7) days of the triggering event; 2) defendant Canyon Lakes shall thereafter be allowed an opportunity to voluntarily amend its answer prior to plaintiff filing any Fed.R.Civ.P. 12(f) motion and 3) that any amended answer shall be filed no later than seven (7) days after the parties meet and confer.

**IT IS SO STIPULATED.**

Dated: December 20, 2017  PEIFFER ROSCA WOLF ABDULLAH CARR & KANE

*s*/ Catherine Cabalo
BY: Catherine Cabalo
Attorneys for Plaintiff Abdul Nevarez

Dated: December 20, 2017  ERICKSEN ARBUTHNOT

*s*/ Andrew Kozlow
BY: Andrew Kozlow
Attorneys for Defendant Canyon Lakes Golf Course and Brewery LLC

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME UNDER FRCP 12(f)
Case No. 17-cv-03247-KAW

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED that the deadline for plaintiff to file any motion under Fed.R.Civ.P. 12(f) be extended to 21 days past the date the mediator certifies that mediation under General Order 56 has been completed, or when the Court orders that the parties are no longer under General Order 56, whichever occurs first (hereinafter "triggering event"). It is also stipulated that 1) the parties shall meet and confer within seven (7) days of the triggering event; 2) defendant Canyon Lakes Golf Course and Brewery LLC shall thereafter be allowed an opportunity to voluntarily amend its answer prior to plaintiff filing any Fed.R.Civ.P. 12(f) motion; and 3) any amended answer shall be filed no later than seven (7) days after the parties meet and confer.

**IT IS SO ORDERED.**

Dated: 1/4/2018

Honorable Kandis A. Westmore
United States Magistrate Judge

**SIGNATORY ATTESTATION**

The e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatory indicated by a conformed signature (/s/) within the foregoing e-filed document.

Dated: December 20, 2017         By: *s*/ Catherine Cabalo
                                      Catherine Cabalo